MEIERHENRY, Justice
(dissenting).
[¶ 38.] I respectfully dissent. I believe this Court incorrectly decided Halbersma I for the reasons I originally stated in my dissent and those given separately by Justice Zinter. 2007 SD 91, ¶¶ 29-39, 738 N.W.2d at 551-52 (Meierhenry, J., and Zinter, J., dissenting). This Court should acknowledge that Halbersma I was incorrectly decided and vacate it. Once vacated, the circuit court’s original decision should be affirmed.
[¶ 39.] The majority opinion attempts as best it can to make sense of this case in light of the legal misconstruction of Hal-bersma I. Nevertheless, no amount of parsing and pruning can make Halbersma I a correct application of our law.